**DUFFIELD HOUSE ASSOC.,
Respondent**

v.

**Bonita ASHLEY, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 3, 2016.

## *ORDER*

PER CURIAM.

**AND NOW**, this 3rd day of August 2016, the Emergency Application for Stay is **DENIED**.